**U.S. Bankruptcy Court**
**District of Oregon (Portland)**
**Adversary Proceeding #: 04-03328-elp**

CV 06 980 MO

*Assigned to:* Judge Elizabeth L Perris
*Related BK Case:* 04-37154
*Related BK Title:* Roman Catholic Archbishop of Portland OR
*Demand:* $1451000
 *Nature[s] of Suit:* 459 Application For Removal

*Date Filed:* 09/01/04

**Plaintiff**
-----------------------
**C.B.**

represented by **PETER C MC KITTRICK**
121 SW MORRISON #600
PORTLAND, OR 97204
(503) 228-6044
*LEAD ATTORNEY*

**PETER C MCKITTRICK**
121 SW Morrison #600
Portland, OR 97204-3192
(503) 228-6400
Email: pmckittrick@farleighwitt.com

**TARA J SCHLEICHER**
121 SW MORRISON #600
PORTLAND, OR 97204
(503) 228-6044
Email: tschleicher@farleighwitt.com

**WILLIAM A BARTON**
POB 870
NEWPORT, OR 97365
541-265-5377
*LEAD ATTORNEY*

FILED '06 JUL 12 09:41 USDC-ORP

V.

**Defendant**
-----------------------
**Archdiocese of Portland in Oregon**

represented by **SUSAN STEVENS FORD**
1000 SW BROADWAY #1400
PORTLAND, OR 97205
(503) 227-1111
*LEAD ATTORNEY*

**THOMAS V DULCICH**
1211 SW 5TH AVE #1600-1800
PORTLAND, OR 97204
(503) 222-9981
*LEAD ATTORNEY*

**THOMAS W STILLEY**
1000 SW BROADWAY #1400
PORTLAND, OR 97205
(503) 227-1111
Email: tom@sussmanshank.com
*LEAD ATTORNEY*

**Archbishop of Portland in Oregon**

represented by **SUSAN STEVENS FORD**
(See above for address)
*LEAD ATTORNEY*

**THOMAS V DULCICH**
(See above for address)
*LEAD ATTORNEY*

**THOMAS W STILLEY**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 01/20/2006 | 60 | Notice of Hearing Re: Continued Status hearing to be held on 2/22/2006 at 09:30 AM at |
| 01/22/2006 | 61 | Certificate of Service Re: 60 Hearing Set. (Admin.) (Entered: 01/22/2006) |
| 02/22/2006 | 62 | Record of Proceeding Re: Continued Status hearing to be held on 4/13/2006 at 11:00 AM at Courtroom #1,Portland. (cas.) (Entered: 02/28/2006) |
| 03/09/2006 | 63 | Correspondence Re: Scheduling Issues Related to the Jury Trials to Be Conducted in US District Court, Filed By Judge Elizabeth L Perris. (pjk.) (Entered: 03/09/2006) |
| 03/13/2006 | 64 | Correspondence Re: Discussion with Judge Mosman at US District Court concerning pretrial and trial processes Filed By Archbishop of Portland in Oregon, Archdiocese of Portland in Oregon (pjk.) (Entered: 03/14/2006) |
| 03/14/2006 | 65 | Correspondence Re: Response to 64 correspondence of Thomas Dulcich Filed By Judge Elizabeth L Perris (pjk.) (Entered: 03/14/2006) |
| 03/28/2006 | 66 | Hearing Held Before US District Judge Michael W. Mosman. (moj.) (Entered: 03/29/2006) |
| 03/29/2006 | 68 | FILED UNDER SEAL Correspondence Filed By attorney Thomas E Cooney. (rdl.) (Entered: 03/29/2006) |
| 04/07/2006 | 70 | Correspondence Re: Scheduling/PreTrial Order Filed By Archbishop of Portland in Oregon, Archdiocese of Portland in Oregon (pjk.) (Entered: 04/10/2006) |
| 04/13/2006 | 72 | Record of Proceeding Re: Continued Status hearing to be held on 5/9/2006 at 11:30 AM at Courtroom #1,Portland. (cas.) (Entered: 04/20/2006) |
| 04/20/2006 | 71 | Notice of Hearing Re: Continued Status hearing to be held on 5/9/2006 at 11:30 AM at Courtroom #1,Portland. (cas.) (Entered: 04/20/2006) |
| 04/22/2006 | 73 | Certificate of Service Re: 71 Hearing Set. (Admin.) (Entered: 04/22/2006) |
| 05/08/2006 | 74 | Correspondence Re: Request to reschedule Status Conference Filed By Thomas V Dulcich Archbishop of Portland in Oregon, Archdiocese of Portland in Oregon (pjk.) (Entered: 05/08/2006) |
| 05/09/2006 | 75 | Record of Proceeding Re: Further Status hearing to be held on 5/15/2006 at 01:30 PM at Courtroom #1,Portland. (kat.) (Entered: 05/11/2006) |
| 05/15/2006 | 76 | Hearing Held. Parties Submitted Pretrial Order (cas.) (Entered: 05/17/2006) |
| 05/22/2006 | 77 | Correspondence Re: Pre-Trial Order from Judge Elizabeth L Perris (pjk.) (Entered: 05/22/2006) |
| 05/22/2006 | 78 | Correspondence Re: Clarification re: Pre-Trial Order Hearing Time from Judge Elizabeth L. Perris (pjk.) (Entered: 05/24/2006) |
| 05/25/2006 | 79 | Notice of Transfer to District Court: Pre-trial Order (pjk.) (Entered: 05/25/2006) |

*LEAD ATTORNEY*

| | | |
|---|---|---|
| | | Courtroom #1,Portland. (cas, ) (Entered: 01/20/2006) |
| 01/11/2006 | 59 | Hearing Held. Status Hearing to Be Scheduled in 30 days (cas, ) (Entered: 01/20/2006) |
| 12/09/2005 | 58 | Reply and Supporting Document(s). Filed by Plaintiff C.B. Re: 8 Motion to Remand Filed by PETER C MC KITTRICK on behalf of C.B. (pjk, ) (MCKITTRICK, PETER) (Entered: 12/09/2005) |
| 11/29/2005 | 57 | Declaration of Thomas V Dulcich in Response to Re: 55 Supplemental Memorandum Filed By Defendant Archdiocese of Portland in Oregon (pjk, ) (Entered: 12/01/2005) |
| 11/01/2005 | | Corrective Entry Re: 53 Certificate of Service. CORRECTED: DOCKETED IMPROPERLY SEE DOC. #54: (mrf, ) (Entered: 11/01/2005) |
| 10/31/2005 | 56 | Declaration Re: 8 Motion to Remand Filed By Plaintiff C.B. (MCKITTRICK, PETER) (Entered: 10/31/2005) |
| 10/31/2005 | 55 | Supplemental Memorandum Re: Re: 8 Motion to Remand Filed By Plaintiff C.B. (MCKITTRICK, PETER) (Entered: 10/31/2005) |
| 10/31/2005 | 54 | First Amended Certificate of Service Re: 52 Scheduling Order Filed By Defendant Archdiocese of Portland in Oregon (STILLEY, THOMAS) (Entered: 10/31/2005) |
| 10/31/2005 | 53 | CORRECTED: DOCKETED IMPROPERLY SEE DOC. #54: Certificate of Service Filed By Defendant Archdiocese of Portland in Oregon (STILLEY, THOMAS) Modified on 11/1/2005 (mrf, ). (Entered: 10/31/2005) |
| 10/27/2005 | 52 | Scheduling Order Status hearing to be held on 1/11/2006 at 09:00 AM at Courtroom #1,Portland. (moj, ) (Entered: 10/27/2005) |
| 10/05/2005 | 51 | Record of Proceeding Re: Continued Status hearing to be held on 1/11/2006 at 09:00 AM at Courtroom #1,Portland. (cas, ) (Entered: 10/07/2005) |
| 09/16/2005 | 50 | Certificate of Service Re: 49 Hearing Set. (Admin.) (Entered: 09/16/2005) |
| 09/14/2005 | 49 | Notice of Hearing Re: Status hearing to be held on 10/5/2005 at 01:00 PM at Courtroom #1,Portland. (cas, ) (Entered: 09/14/2005) |
| 08/18/2005 | 48 | Certificate of Service Re: 47 Order on Motion to Compel. (Admin.) (Entered: 08/18/2005) |
| 08/16/2005 | 47 | Order Allowing 33 Motion to Compel Discovery (Brief Follow-up Deposition of Plaintiff). filed by Defendant Archdiocese of Portland in Oregon, Defendant Archbishop of Portland in Oregon (pjk, ) (Entered: 08/16/2005) |
| 08/10/2005 | 46 | Certificate of Service Re: 45 Order Returning Document(s). (Admin.) (Entered: 08/10/2005) |
| 08/08/2005 | 45 | Order Returning Proposed Order re Motion to Compel Filed By THOMAS V DULCICH (pjk, ) (Entered: 08/08/2005) |
| 08/04/2005 | 44 | Hearing Held. (cas, ) (Entered: 08/05/2005) |
| 08/03/2005 | 43 | Declaration In Support Re: 42 Opposition Brief/Memorandum Filed By Archbishop of Portland in Oregon, Archdiocese of Portland in Oregon (pjk, ) (Entered: 08/04/2005) |

| Date | Doc # | Description |
|---|---|---|
| 10/28/2004 | 27 | Order Returning Certificate of Service Filed By Margaret M Anderson/Thomas W Brown (pjk, ) (Entered: 10/28/2004) |
| 10/30/2004 | 28 | Certificate of Service Re: 27 Order Returning Document(s). (Admin.) (Entered: 10/30/2004) |
| 11/16/2004 | 29 | Briefing Scheduling Order (pjk, ) (Entered: 11/16/2004) |
| 11/17/2004 | 30 | Response Filed by Plaintiff C.B. Re: 23 Opposition Filed by Archbishop of Portland in Oregon, Archdiocese of Portland in Oregon Re: 8 Motion to Remand Filed by PETER C MC KITTRICK on behalf of C.B. (pjk, ), 11 Motion to Defer Briefing and Ruling on Motions to Remand or Abstention Filed by PETER C MC KITTRICK on behalf of C.B. (moj.) (pjk.) (Entered: 11/17/2004) |
| 11/18/2004 | 31 | Certificate of Service Re: 29 Scheduling Order. (Admin.) (Entered: 11/18/2004) |
| 11/19/2004 | 32 | Hearing Held/Further status conferences in adversary proceedings will be set at 4/11/05 continued case management hearing. (kat) (Entered: 12/02/2004) |
| 07/14/2005 | 33 | Motion to Compel Discovery (Brief Follow-up Deposition of Plaintiff). Filed by Archbishop of Portland in Oregon, Archdiocese of Portland in Oregon. Oral Argument Requested. (pjk, ) (Entered: 07/14/2005) |
| 07/19/2005 | 34 | Notice of Hearing Re: 33 Motion to Compel Discovery (Brief Follow-up Deposition of Plaintiff. Hearing Scheduled for 7/27/2005 at 09:30 AM at Courtroom #1,Portland. (pjk, ) (Entered: 07/19/2005) |
| 07/20/2005 | 35 | Response Filed by Plaintiff C.B. Re: 33 Motion to Compel Discovery (Brief Follow-up Deposition of Plaintiff). Filed by Archbishop of Portland in Oregon, Archdiocese of Portland in Oregon. Oral Argument Requested. (pjk, ) (Entered: 07/20/2005) |
| 07/22/2005 | 36 | Reply. Filed by Defendant Archdiocese of Portland in Oregon Re: 33 Motion to Compel Discovery (Brief Follow-up Deposition of Plaintiff). Filed by Archbishop of Portland in Oregon, Archdiocese of Portland in Oregon. Oral Argument Requested. (pjk, ) (moj.) (Entered: 07/25/2005) |
| 07/27/2005 | 39 | Hearing Held. (cas.) (Entered: 08/01/2005) |
| 07/29/2005 | 37 | Motion for Leave to Complete Deposition of Archbishop Levada Filed by Plaintiff C.B. (MCKITTRICK, PETER) (Entered: 07/29/2005) |
| 07/29/2005 | 38 | Motion to Expedite Hearing Filed by Plaintiff C.B. Re: 37 Motion for Leave to Complete Deposition of Archbishop Levada filed by Plaintiff C.B. (MCKITTRICK, PETER) (Entered: 07/29/2005) |
| 08/01/2005 | 40 | Notice of Hearing Re: 37 Miscellaneous Motion Filed By Plaintiff C.B. Hearing Scheduled for 8/4/2005 at 11:00 AM at Courtroom #1,Portland. (MCKITTRICK, PETER) (Entered: 08/01/2005) |
| 08/03/2005 | 41 | Supplemental Memorandum In Support Re: 37 Motion for Leave to Complete Deposition of Archbishop Levada Filed By Plaintiff C.B. (pjk,) (Entered: 08/03/2005) |
| 08/03/2005 | 42 | Brief/Memorandum In Opposition of Re: 37 Motion to Depose William J Levada Filed By Archbishop of Portland in Oregon, Archdiocese of Portland in Oregon (pjk,) (Entered: 08/04/2005) |

| 10/21/2004 | 26 | Record of Proceeding Re: Status hearing Continued to 11/19/2004 at 09:00 AM at Courtroom #1,Portland. (kat, ) (Entered: 10/22/2004) |
| --- | --- | --- |
| 10/21/2004 | 25 | Hearing Held. Interim Order Entered Re: 11 Motion to Defer Time Briefing and Ruling on Motions to Remand or Abstention filed by Plaintiff C.B./Mr.McKittrick to prepare order in each adversary (kat, ) (Entered: 10/22/2004) |
| 10/20/2004 | 23 | Opposition Filed by Archbishop of Portland in Oregon, Archdiocese of Portland in Oregon Re: 8 Motion to Remand Filed by PETER C MC KITTRICK on behalf of C.B. (pjk, ), 11 Motion to Defer Briefing and Ruling on Motions to Remand or Abstention Filed by PETER C MC KITTRICK on behalf of C.B. (moj, ) (pjk, ) (Entered: 10/22/2004) |
| 10/15/2004 | 24 | Certificate of Service of Order Filed By THOMAS W BROWN on behalf of Certain Underwriters at Lloyd's London (pjk, ) (Entered: 10/22/2004) |
| 10/14/2004 | 15 | Certificate of Service Re: 10 Scheduling Order (Admin.) (Entered: 10/14/2004) |
| 10/13/2004 | 14 | Notice of Hearing Re: 11 Motion to Defer Briefing and Ruling on Motions to Remand or Abstention Filed By PETER C MC KITTRICK on behalf of C.B. Hearing Scheduled for 10/15/2004 at 10:30 AM at Courtroom #1,Portland. (pjk, ) (Entered: 10/14/2004) |
| 10/12/2004 | 22 | Limited Judgment Dismissal. ORIGINALLY FILED IN STATE COURT. (moj, ) (Entered: 10/18/2004) |
| 10/12/2004 | 21 | Order of Limited Dismissal. ORIGINALLY FILED IN STATE COURT. (moj, ) (Entered: 10/18/2004) |
| 10/12/2004 | 20 | Fourth Amended Complaint. ORIGINALLY FILED IN STATE COURT. (moj, ) (Entered: 10/18/2004) |
| 10/12/2004 | 19 | Answer to Third Amended Complaint by Archdiocese. ORIGINALLY FILED IN STATE COURT. (moj, ) (Entered: 10/18/2004) |
| 10/12/2004 | 18 | Answer to Third Amended Complaint by Estate of Maurice Grammond. ORIGINALLY FILED IN STATE COURT. (moj, ) (Entered: 10/18/2004) |
| 10/12/2004 | 17 | Third Amended Complaint. ORIGINALLY FILED IN STATE COURT. (moj, ) (Entered: 10/18/2004) |
| 10/12/2004 | 16 | Order. ORIGINALLY FILED IN STATE COURT. (moj, ) (Entered: 10/18/2004) |
| 10/12/2004 | 13 | Hearing Re: 11 Motion to Defer Time Briefing and Ruling on Motions to Remand or Abstention filed by Plaintiff C.B. Expedited Hearing Scheduled for 10/15/2004 at 10:30 AM at Courtroom #1,Portland/ Mr.McKittrick to Notice (kat, ) (Entered: 10/12/2004) |
| 10/12/2004 | 12 | Motion to Expedite Hearing Filed by PETER C MC KITTRICK on behalf of C.B. Re: 11 Motion to Defer Time Briefing and Ruling on Motions to Remand or Abstention filed by Plaintiff C.B. (moj, ) (Entered: 10/12/2004) |
| 10/12/2004 | 11 | Motion to Defer Briefing and Ruling on Motions to Remand or Abstention Filed by PETER C MC KITTRICK on behalf of C.B. (moj, ) (Entered: 10/12/2004) |
| 10/12/2004 | 10 | Scheduling Order Hearing on 8 Motion to Remand Scheduled for 1/10/2005 at 01:30 PM at Courtroom #1,Portland. Status hearing to be held on 10/21/2004 at 09:30 AM at Courtroom #1,Portland. (pjk, ) (Entered: 10/12/2004) |

| | | |
|---|---|---|
| 09/28/2004 | 8 | Motion to Remand Filed by PETER C MC KITTRICK on behalf of C.B. (pjk, ) (Entered: 09/28/2004) |
| 09/22/2004 | | Corrective Entry Re: DOCUMENT DELETED AS FILED IN WRONG CASE RE: #6: Answer to Complaint filed by Interested Party Certain Underwriters at Lloyd's London (mrf, ) (Entered: 09/22/2004) |
| 09/20/2004 | | CORRECTED: DOCUMENT DELETED AS FILED IN WRONG CASE: Statement in Response to Notice of Removal Filed by Certain Underwriters at Lloyd's London (moj, ) Modified on 9/22/2004 (mrf, ). (Entered: 09/20/2004) |
| 09/17/2004 | 7 | Record of Proceeding Re: Continued Status hearing to be held on 10/21/2004 at 09:30 AM at Courtroom #1,Portland/see adv# 04-3335(kat, ) (Entered: 09/21/2004) |
| 09/10/2004 | 5 | Statement in Response to Notice of Removal Filed By PETER C MC KITTRICK on behalf of C.B. (pjk, ) (Entered: 09/10/2004) |
| 09/08/2004 | 3 | Receipt of Adversary Filing Fee - $150.00 by SB. Receipt Number 00260377. (Entered: 09/08/2004) |
| 09/01/2004 | 4 | Certified copy of docket for Multnomah County Circuit Court Case No. 0107-07514 Filed By THOMAS V DULCICH on behalf of Archdiocese of Portland in Oregon, Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole (pjk, ) (Entered: 09/09/2004) |
| 09/01/2004 | 2 | Defendant's Motion for Relief from BR 9027(a)(1) Requirements for Filing copies of All Process, Pleadings and Orders Filed by THOMAS V DULCICH on behalf of Archdiocese of Portland in Oregon, Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole (pjk, ) (Entered: 09/07/2004) |
| 09/01/2004 | 1 | Notice of Removal by Archdiocese of Portland in Oregon, Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole. Removed from Multnomah County Circuit Court Case No. 0405-05551; Tort Claims for Alleged Injuries. (pjk, ) (Entered: 09/07/2004) |
| 09/01/2004 | | 459 (Application For Removal): Commencement of Adversary Proceeding. (sgs, ) (Entered: 09/07/2004) |